1  ROBERT J. REYNOLDS
   514 No. 1st Street, Suite A
2  Yakima, WA 98901
   (509)453-0313
3

4              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF WASHINGTON
5

6  In re:                          )
   PAUL STRASTERS and               )
7  ZADELLE STRASTERS                )   No. CV-10-3070-RHW
                                    )
8                Plaintiffs,        )   CERTIFICATE OF MAILING
                                    )
9        vs.                        )
                                    )
10 WEINSTEIN & RILEY, P.S.          )
   and WELLS FARGO BANK, NA         )
11                                  )
                 Defendants.        )
12

13

14     I, Robert J. Reynolds, certify under penalty of perjury that the following is true and
15 correct: That on December 9, 2010, I served Plaintiff's Brief in Opposition to Defendants' Motion
   to Dismiss by depositing in the U.S. Postal Service, postage pre-paid to the parties listed below.
16

17

18     DATE: December 9, 2010                 By: *Robert J Reynolds*
                                              Robert J. Reynolds  WSBA # 5796
19                                            Attorney for Debtors

20 Jason D. Anderson
   Weinstein & Riley P.S.
21 2001 Western Ave. Suite # 400

22 David R. Voyles
   Lane Powell PC
23 1420 Fifth Ave. Ste. # 4100
   Seattle, WA  98101-2338
24

25

26

27

28 **CERTIFICATE OF MAILING**