1 JASON D. ANDERSON
WEINSTEIN & RILEY, P.S.
2 2001 Western Avenue Suite 400
Seattle, WA 98121
3 Tel: 206-269-3490
Fax: 206-269-3493
4

5

6 **IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

7

8
PAUL STRASTERS and ZADELLE        CASE NUMBER: CV-10-3070-RHW
9 STRASTERS, a married couple,

DEFENDANT WEINSTEIN & RILEY,
10      Plaintiffs                  P.S.' STATEMENT OF UNDISPUTED
MATERIAL FACTS IN SUPPORT OF
11 V.                               MOTION FOR SUMMARY JUDGMENT

12
WEINSTEIN & RILEY, P.S.;
13
     Defendant.
14

15

16           **STATEMENT OF UNDISPUTED MATERIAL FACTS**

17

18   1. Plaintiffs entered into a settlement agreement in February,

19      2011.  Defendant's Memorandum in Support of Summary

20      Judgment at Exhibit A (hereinafter "Exhibit A").

21   2. That settlement agreement releases Wells Fargo Bank and its

22      attorneys from all liability arising out of this case.

23      Exhibit A.

24
25   3. Weinstein & Riley, P.S. ("W&R") are attorneys for Wells

26      Fargo Bank.  *See generally* Complaint and W&R's Answer.

27

28

W&R's Statement of Undisputed Material Facts – Page **1** of **2**

4. All of Plaintiffs' allegations of liability for both W&R

and Wells Fargo Bank arise solely out of the receipt of a

letter dated July 30, 2010 from W&R.  *See* Complaint.

Dated: May 6, 2011

                                        Respectfully Submitted,


                                        _s/ Jason D. Anderson_____
                                        Jason D. Anderson
                                        Washington State Bar # 38014
                                        Weinstein & Riley, P.S.
                                        2001 Western Avenue Suite 400
                                        Seattle, WA 98121
                                        (206)-269-3490
                                        (206)-269-3493 (fax)
                                        Attorney for Defendant Weinstein &
                                        Riley, P.S.

### CERTIFICATE OF SERVICE

The undersigned certifies that on May 6, 2011, a copy of

the foregoing was electronically transmitted to the Clerk's

Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing to the following CM/ECF registrants:

    Robert J. Reynolds
    Robert J. Reynolds, P.S.
    514 North 1st Street Suite A
    Yakima, WA 98901
    Email: reynoldsrobertrj@qwestoffice.net
    Attorney for Plaintiffs Paul and Zadelle Strasters

By:__s/Jason D. Anderson__