JASON D. ANDERSON
WEINSTEIN & RILEY, P.S.
2001 Western Avenue Suite 400
Seattle, WA 98121
Tel: 206-269-3490
Fax: 206-269-3493

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL STRASTERS and ZADELLE STRASTERS, a married couple, | CASE NUMBER: CV-10-3070-RHW |
|     Plaintiffs | WEINSTEIN & RILEY, P.S.' REPLY IN SUPPORT OF MOTION TO STRIKE |
| v. | |
| WEINSTEIN & RILEY, P.S. and WELLS FARGO BANK, N.A. a nationally chartered bank holding company; | |
|     Defendants. | |

### REPLY BRIEF IN SUPPORT OF WEINSTEIN & RILEY, P.S.' MOTION TO STRIKE

COMES NOW, Weinstein & Riley, P.S. ("W&R"), Defendant in the above-styled and numbered action, who hereby replies as follows:

### I.   REPLY

Plaintiffs' response to W&R's motion to strike is factually and legally inaccurate and W&R's motion should be granted.

Plaintiffs first state that mediation occurred the day before their response brief was due. Nowhere in the rules does

court-ordered mediation extend timelines for responses. Furthermore, mediation does not prevent a party from responding, as required by the rules.

Second, Plaintiffs submitted untimely discovery requests on November 16, 2010, as no Fed. R. Civ. P. 26(f) conference had yet occurred, and therefore discovery requests were improper pursuant to Rule 26(d)(1). Plaintiffs properly served discovery requests on May 24, 2011, to which W&R has timely responded. Plaintiffs are attempting to improperly imply that W&R somehow stonewalled discovery when this is untrue.

Third, and least relevant to this motion to strike, W&R's motion for summary judgment is proper and should be granted. Plaintiffs' fixation on the lack of some supporting affidavit is misplaced, as interpretation of contracts starts with the four corners of the document. *See Hearst Commc'ns, Inc. v. Seattle Times Co.*, 154 Wn.2d 493, 503, 115 P.3d 262 (2005).

Finally, Local Rule 7.1(e) provides that failure to file an opposition to a motion may be considered as consent to the entry of an order adverse to the party in default. To the extent that Plaintiffs disagree with Local Rule 7.1(e), their remedy, if any, is by an appeal to overturn the Local Rule.

## II.  <u>CONCLUSION</u>

Plaintiffs have ignored the warning of this Court and again filed an untimely response to a dispositive motion.

WHEREFORE, for the foregoing reasons, Defendant Weinstein & Riley, P.S. respectfully requests that this Court strike Plaintiff's response to Defendant's motion for summary judgment as untimely.

Dated: June 28, 2011

Respectfully Submitted,


_s/ Jason D. Anderson_____
Jason D. Anderson
Washington State Bar # 38014
Weinstein & Riley, P.S.
2001 Western Avenue Suite 400
Seattle, WA 98121
(206)-269-3490
(206)-269-3493 (fax)
Attorney for Defendant Weinstein & Riley, P.S.


## CERTIFICATE OF SERVICE

The undersigned certifies that on June 28, 2011, a copy of the foregoing was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert J. Reynolds
Robert J. Reynolds, P.S.
514 North 1st Street Suite A
Yakima, WA 98901
Tel: 509-453-0313
Fax: 509-453-0314
Email: reynoldsrobertrj@qwestoffice.net
Attorney for Plaintiffs Paul and Zadelle Strasters


By:__s/Jason D. Anderson__