1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

9
10

PAUL STRASTERS and ZADELLE
STRASTERS,

11

Plaintiffs,

NO.  CV-10-3070-RHW

12

v.

13

**ORDER DENYING
RECONSIDERATION**

WEINSTEIN & RILEY, P.S.

14

Defendant.

15

16    Defendant moves for reconsideration of the Court's September 13, 2011 order

17  granting Plaintiffs' motion to compel. Finding the matter suitable for disposition

18  without oral argument, the Court denies the motion.

19                                  **STANDARD**

20    Brought under FRCP 59(e), motions for reconsideration are sparingly granted.

21  They are proper only when the moving party presents newly discovered evidence or

22  demonstrates that the Court committed clear error, or if there is an intervening change

23  in the controlling law. Kona Enterprises, Inc. v. Estate of Bishop, 229 F.3d 877, 890

24  (9th Cir. 2000).  Only when a manifest error overcomes the interests of finality and

25  conservation of judicial resources should such a motion be granted.

26                                  **ANALYSIS**

27    The parties filed cross-motions to compel, each alleging the other was late in

28  answering discovery requests and improperly withholding responsive documents.

**ORDER DENYING RECONSIDERATION** * 1

1   Plaintiffs' briefing indicated that they served their request on Defendant on May 19,

2   2011, and that Defendant did not answer until June 22, 2011. ECF No. 85, at 1.

3   Partially based on the dates given in Plaintiffs' briefing, the Court held that

4   Defendant's tardy response waived applicable privileges. The Court also noted that

5   Defendant did not provide a privilege log with their objections, finding this to be an

6   alternative ground for denying the use of privilege. The Court ordered Defendant to

7   produce the discovery requested. Implicit in the Court's order was its finding that the

8   materials Plaintiffs seek are relevant.

9        In its motion for reconsideration, Defendant argues that the discovery requests

10  were served on May 24, not May 19, and that its June 22 response was within the time

11  frame required by federal rule. They did not raise this at hearing or in their response

12  to Plaintiffs' motion, ECF No. 94, although attached to the pending motion is a copy

13  of Plaintiffs' request, dated May 24, 2011. Based on the apparent timeliness of their

14  discovery response, Defendant asked the Court to reconsider its position.

15       However, Defendant does not address at all the Court's alternative holding:

16       Moreover, both parties failed to provide a privilege log, another basis for
         the Court to decline to apply the privilege. *See* BNSF Ry. Co. v. U.S.
17       Dist. Ct., Dist. of Mont., 408 F.3d 1142, 1149-50 (9th Cir. 2005)
         (privileges waived where party produced privilege log five months late).
18       Rule 26(b)(5), Fed. R. Civ. Pro., provides that when a party withholds
         information that is otherwise discoverable by claiming privilege, as both
19       parties have, "the party must expressly make the claim and describe the
         nature of the documents, communications, or things not produced or
20       disclosed in a manner that . . . will enable other parties to assess the
         applicability of the privilege or protection." They have not done so here.
21  ECF No. 100, at 3. Indeed, Defendant does not assert that it produced a privilege log

22  as required by FRCP 26(b)(5).

23       Therefore, Defendant cannot demonstrate the manifest error necessary to

24  prevail on reconsideration. The Court denies the motion.

25  ///

26  ///

27  ///

28  ///

**ORDER DENYING RECONSIDERATION** * 2

1      Accordingly, **IT IS HEREBY ORDERED:**

2      1. Defendant's Motion for Reconsideration (ECF No. 102) is **DENIED**.

3      2. Defendant's Motion to Expedite (ECF No. 104) is **DENIED, as moot**.

4      **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

5 Order and forward copies to counsel.

6      **DATED** this 28th day of September, 2011.

7

8

9                       *s/Robert H. Whaley*
                      ROBERT H. WHALEY
                 United States District Judge

10

11

12

13

14 Q:\aCIVIL\2010\Strasters\reconsideration.ord.wpd

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER DENYING RECONSIDERATION** * 3