AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

PAUL STRASTERS and ZADELLE STRASTERS,

                              Plaintiffs,

                      v.

WEINSTEIN & RILEY, P.S.,

                              Defendant.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-3070-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the Plaintiffs in the amount of $1,000.00, plus reasonable attorney's fees and costs.

February 8, 2012  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Penny Lamb  
*(By) Deputy Clerk*  
Penny Lamb