UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL STRASTERS and ZADELLE STRASTERS,<br><br>    Plaintiffs,<br><br>    v.<br><br>WEINSTEIN & RILEY, P.S.,<br><br>    Defendant. | No. CV-10-3070-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Stipulated Motion for Order of Dismissal with Prejudice, ECF No. 182. The stipulation is hereby **GRANTED**, all pending motions are **DENIED**, as moot, and the action is **DISMISSED** with prejudice and without award of costs, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii).

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE** the file.

**DATED** this 11th day of February, 2013.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**\* 1

q:\rhw\acivil\2010\strasters\order dismiss.docx